**COMMONWEALTH of Pennsylvania, Petitioner**

v.

**Judith SANTIAGO, Respondent**

**No. 198 EAL 2016**

Supreme Court of Pennsylvania.

February 7, 2017

## ORDER

PER CURIAM

**AND NOW**, this 7th day of February, 2017, the Petition for Allowance of Appeal is **DENIED**.

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Antwone D. THURSTON, Petitioner**

**No. 384 WAL 2016**

Supreme Court of Pennsylvania.

February 7, 2017

## ORDER

PER CURIAM

**AND NOW**, this 7th day of February, 2017, the Petition for Allowance of Appeal is **DENIED**.

**COMMONWEALTH of Pennsylvania, Petitioner**

v.

**Arnold MILLER, Respondent**

**No. 650 EAL 2015**

Supreme Court of Pennsylvania.

February 7, 2017

## ORDER

PER CURIAM

**AND NOW**, this 7th day of February, 2017, the Petition for Allowance of Appeal is **DENIED**.